**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Bernard Dale KELLEY, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 11, 2001.

### ORDER

PER CURIAM.

**AND NOW,** this 11th day of December 2001, the petition for allowance of appeal is granted, limited to the issue of whether evidence of digital penetration can sustain a charge of sexual assault where said

charge required proof of sexual intercourse or deviate sexual intercourse.